# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00660-CV

**Home Interiors & Gifts, Inc., Appellant**

**v.**

**Carole Keeton Strayhorn, Comptroller of Public Accounts of the State of Texas, and Greg Abbott, Attorney General of the State of Texas, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. GN303185, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## C O N C U R R I N G   O P I N I O N

I join in the majority's opinion with the exception of its expressed dissatisfaction with the United States Supreme Court's current internal consistency test.

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Filed: July 28, 2005